# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA

Plaintiff,

-vs-

Case No. 3:05-CR-008

LAVON ROBINSON, JR.,

Defendant.

## JUDGMENT ENTRY FINDING DEFENDANT IN VIOLATION OF SUPERVISED RELEASE AND IMPOSING SENTENCE

Pursuant to the record set forth in open Court on March 30, 2012, the Defendant appeared with Counsel, and entered his admissions to the violations of supervised release as alleged by the U.S. Probation Department. The Court found the Defendant had violated the conditions of his supervised release as alleged and proceeded immediately to sentencing. The Court ORDERED that:

The Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of fourteen (14) months. No period of supervision to follow.

The Court makes the following recommendations to the Bureau of Prisons, that the Defendant be accorded all allowable presentence credit for time spent incarcerated, that he be incarcerated at a facility as close to his home in the Dayton, Ohio, area as possible consistent with his security status, and that he be made eligible and receive any substance abuse treatment that may be available. The Court also would recommend that the Defendant receive a psychiatric and psychological evaluation, and if deemed necessary any treatment to include counseling.

The Defendant was explained his rights of appeal and he indicated an understanding of same.

The Defendant is remanded to the custody of the U.S. Marshal.

IT IS SO ORDERED.

Date: 3-30-12

THOMAS M. ROSE, JUDGE
UNITED STATES DISTRICT COURT